UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH CARDONA and JERARD BROWN, Plaintiffs, | : : : : |
| v. | : No. 2:19-mc-00161 |
| VIVINT SOLAR, INC.; VIVINT SOLAR DEVELOPER, LLC; and SOLAR MOSAIC, INC., Defendants | : : : : : |

# **O R D E R**

**AND NOW**, this 26th day of September, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Quash or Modify Subpoena, ECF No. 1, is **GRANTED**, and the subpoena to Trans Union, LLC is modified as set forth in the Opinion.

2. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge